UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rayco Traylor,                                                                 Civ. No. 24-4150 (PAM/JFD)

          Plaintiff,

v.                                                                                                            **ORDER**

Witte, Correctional Officer;
Hill, Correctional Lieutenant;
and Kamaldeen;

          Defendants.

---

This matter is before the Court on Plaintiff Rayco Traylor's Motion for Default Judgment and Rehearing. (Docket No. 27.) For the following reasons, the Motion is denied.

First, Traylor asks the Court to compel discovery, but he has not established that he served a discovery request. Therefore, this aspect of the Motion is denied.

Second, Traylor requests a rehearing on the claims dismissed in March 2025. (See Docket No. 10.) He provides no basis for this request, and thus it is denied.

Third, Traylor moves for a default judgment. However, a default judgment is appropriate only when a party fails to plead its case or defend a case against it. Fed. R. Civ. P. 55(a). Traylor provides no evidence to support his Motion. Indeed, the record shows that Defendants are defending this matter. (Docket Nos. 17, 24, 28.) Thus, the Motion for a default judgment is denied.

Because Traylor argues the merits of his claims, it appears that he may instead intend to seek summary judgment. But again, Traylor provides no evidence or affidavits

2

in support of his arguments, and he utterly fails to establish that no genuine dispute of material facts remains.  Traylor falls far short of demonstrating any reason for either default or summary judgment.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion for Default Judgment and Rehearing (Docket No. 27) is **DENIED**.

Dated: August 27, 2025                              *s/ Paul A. Magnuson*
                                                    Paul A. Magnuson
                                                    United States District Court Judge